IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                      25-cr-350-JMC

ALEJANDRO GONZALEZ,

      Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR RECONSIDERATION OF RELEASE PENDING FINAL
DISPOSITION OF PETITION FOR REVOCATION OF SUPERVISED RELEASE**

      On January 8, 2026, Defendant Alejandro Gonzalez filed an unopposed motion for reconsideration of conditions of release pending final disposition of petition for revocation of supervised release (Doc. No. 52). The court previously modified Defendant's imposed conditions of supervised release and directed that the United States Marshal release him from custody to report to Darrin's Place to complete a ninety-day residential treatment program. The court further ordered that Defendant should self-surrender upon successful completion of the program to the custody of the United States Marshal. Defendant successfully completed the residential treatment program and self-surrendered to the custody of the United States Marshal.

      The Oxford House Silver Sage recovery home in Las Cruces, New Mexico has accepted Defendant into its program. Defendant's probation officer supports Defendant's release to Oxford House Silver Sage but requests that until final resolution of the petition for revocation of supervised release all previously imposed conditions remain in effect, with the added condition of zero-tolerance. The government does not oppose this motion.

      For good cause shown, the Court GRANTS Defendant's unopposed motion. The court ORDERS Defendant released to Oxford House Silver Sage **under zero tolerance**, pending final

2

disposition of the petition for revocation of supervised release. The Court admonishes Defendant that any failure to comply with and standard or special conditions of supervised release or all rules, procedures and/or requirements of Oxford House Silver Sage could result in immediate revocation of Defendant's release and could result in placing Defendant in custody pending hearing on any violations.

    IT IS SO ORDERED.

                                                Entered for the Court
                                                this the 9th day of January, 2026

                                                /s/ Joel M. Carson III
                                                Joel M. Carson III
                                                United States Circuit Judge
                                                Sitting by Designation