## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.                                                                                      **25CR350 JMC**

ALEJANDRO GONZALEZ,

      **Defendant.**

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE FINAL HEARING REGARDING REVOCATION OF SUPERVISED RELEASE

This Matter comes before the Court on Defendant Alejandro Gonzalez's Motion to Continue Final Hearing Regarding Revocation of Supervised Release. Having reviewed the motion, noting that the Government does not oppose the requested relief, and being otherwise fully advised in the premises, the Court finds good cause to grant the request.

**IT IS THEREFORE ORDERED:**

1. The final hearing regarding revocation of supervised release currently set for February 17, 2026, is continued.

2. The hearing shall be reset to a later date and time convenient to the Court.

/s/ Joel M. Carson III
HONORABLE JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION