**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **25-CR-350 JMC**

**ALEJANDRO GONZALEZ,**

**Defendant.**

**ORDER DISMISSING PETITION FOR REVOCATION OF SUPERVISED RELEASE**

**THIS MATTER** is before the Court on Defendant Alejandro Gonzalez's Unopposed Motion to Dismiss Petition for Revocation of Supervised Release. The Court has reviewed the Motion, finds that the Motion is unopposed, and that it is well-taken and should be granted.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Dismiss Petition for Revocation of Supervised Release is granted.

**IT IS FURTHER ORDERED** that the Petition for Revocation of Supervised Release filed on September 12, 2025 (Doc. 39), is dismissed.

Entered for the Court
this the 20th day of August, 2026

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation